### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JONATHAN L. XIE,  )<br>  )<br>  )<br>Defendant.  ) | 2:19-mj-03676-MF<br>Magistrate Judge Mark Falk |

### **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

**THOMAS ANTHONY DURKIN**, attorney at law, respectfully moves this Court for leave to file his appearance *pro hac vice* on behalf of Defendant, **JONATHON L. XIE**, pursuant to Local Criminal Rule 44.1.

In support of this motion, counsel submits the attached Affidavit.

                                                              Respectfully submitted,

                                                              /s/ Thomas Anthony Durkin
                                                              **THOMAS ANTHONY DURKIN,**
                                                              Attorney at Law.

**DURKIN & ROBERTS**
515 Arlington Place
Chicago, Illinois 60614
(312) 981-0123
tdurkin@durkinroberts.com

## CERTIFICATE OF SERVICE

    Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing Motion for Leave to Appear *Pro Hac Vice* was served on January 13, 2020, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                             /s/ Thomas Anthony Durkin
                                                             **THOMAS ANTHONY DURKIN**
                                                             515 Arlington Place
                                                             Chicago, Illinois 60614
                                                             (312) 981-0123
                                                             tdurkin@durkinroberts.com