UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 19-3676 |
| JONATHAN L. XIE | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Joyce M. Malliet, Assistant U.S. Attorney), and defendant JONATHAN L. XIE (by Thomas Anthony Durkin, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and four continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b),and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea

agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this  14  day of January, 2020,

ORDERED that this action be, and it hereby is, continued for a period of 30 days from January 21, 2020; and it is further

2

ORDERED that the period from January 21, 2020 through

February 20, 2020 shall be excludable in computing time under the Speedy

Trial Act of 1974.

HON. MARK FALK
United States Magistrate Judge

Form and entry
consented to:

JOYCE M. MALLIET
Assistant U.S. Attorney

RONNELL L. WILSON
Chief, National Security Unit

RAHUL AGARWAL
Deputy Chief, Criminal Division

THOMAS ANTHONY DURKIN, ESQ.
Counsel for defendant JONATHAN L. XIE